# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139396(60)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellant,

v

ROBERTO MARCHELLO DUPREE,
Defendant-Appellee.

_____

SC: 139396
COA: 281408
Wayne CC: 06-008543-01

On order of the Chief Justice, the motion by plaintiff-appellant for extension to January 20, 2010 of the time for filing their brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010

_____
Clerk